## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **EARNEST ROWLEY, JR.,** | ) | **CASE NO. 4:06CV3125** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **JO ANNE B. BARNHART,** | ) | |
| **Commissioner, Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's motion for an extension of time to file a brief (Filing No. 13).

While the motion will be granted, the Court advises counsel that it is very unlikely that further extensions of time requested by the Plaintiff will be allowed in this case.

IT IS ORDERED:

1. The Plaintiff's motion for an extension of time to submit a brief (Filing No. 13) is granted; and

2. The Plaintiff's brief shall be filed and submitted to chambers via e-mail as described in the Court's previous order on or before October 24, 2006.

DATED this 13th day of September, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge