IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EARNEST ROWLEY JR., | ) | CASE NO. 4:06CV3125 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| JO ANNE B. BARNHART, as the | ) | |
| Commissioner of the Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion for an extension of time, which was filed on November 24, 2006. The Plaintiff has not opposed the motion. Accordingly,

IT IS ORDERED:

The Defendant's Motion for an Extension of Time (Filing No. 16) is granted; and the Defendant shall file her responsive brief on or before December 26, 2006.

DATED this 6th day of December, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge